■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY DELIO, Appellant. [718 NYS2d 681] —Judgment unanimously affirmed. Memorandum: By failing to move to withdraw his guilty plea or to vacate the judgment of conviction, defendant failed to preserve for our review his contention that he did not knowingly, intelligently and voluntarily enter his guilty plea (*see, People v Toxey*, 86 NY2d 725, 726, *rearg denied* 86 NY2d 839; *People v Lopez*, 71 NY2d 662, 665). This is not one of those rare cases in which the statements of defendant cast significant doubt on his guilt or otherwise call into question the voluntariness of the plea (*see, People v Toxey, supra*, at 726; *People v Lopez, supra*, at 666). Defendant received meaningful representation (*see, People v Ford*, 86 NY2d 397, 404; *People v Hudson*, 237 AD2d 759, 760, *lv denied* 90 NY2d 1012), and the sentence is neither unduly harsh nor severe. (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Green, J. P., Pine, Hayes and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CAROLYN DELIO, Appellant. [718 NYS2d 678] —Judgment unanimously affirmed. Memorandum: By failing to move to withdraw her guilty plea or to vacate the judgment of conviction, defendant failed to preserve for our review her contention that she did not knowingly, intelligently and voluntarily enter her guilty plea (*see, People v Toxey*, 86 NY2d 725, 726, *rearg denied* 86 NY2d 839; *People v Lopez*, 71 NY2d 662, 665). The statements

of defendant do not cast significant doubt on her guilt or otherwise call into question the voluntariness of the plea to bring this case within the narrow exception to the preservation doctrine (*see, People v Toxey, supra,* at 726; *People v Lopez, supra,* at 666). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Green, J. P., Pine, Hayes and Scudder, JJ.